# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Moen, Gerald L § Case No. 13-50747-RJK
      Moen, Lynn M § 
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Nauni Jo Manty</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court - Duluth
    404 U.S. Courthouse
    515 West First St.
    Duluth, MN  55802

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  <u>01/02/2019</u>    By:  <u>/s/ Nauni Manty</u>
                                                                Trustee

Nauni Jo Manty
401 Second Avenue North
Suite 400
Minneapolis, MN  55401
(612) 465-0990

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Moen, Gerald L § Case No. 13-50747-RJK
  Moen, Lynn M §
 §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $   60,087.97 |
| *and approved disbursements of* | $   35,333.80 |
| *leaving a balance on hand of* [1] | $   24,754.17 |
| **Balance on hand:** | **$   24,754.17** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | **$**   0.00 |
| Remaining balance: | **$**   24,754.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Nauni Jo Manty | 2,140.38 | 0.00 | 2,140.38 |
| Trustee, Expenses - Nauni Jo Manty | 77.43 | 0.00 | 77.43 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | **$**   2,477.81 |
| Remaining balance: | **$**   22,276.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 22,276.36 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 22,276.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,904.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Essentia Health | 886.41 | 0.00 | 886.41 |
| 2 | Capital One Bank (USA), N.A. | 3,136.49 | 0.00 | 3,136.49 |
| 3 | Wells Fargo Bank, N.A. | 2,660.47 | 0.00 | 2,660.47 |
| 4 | Capital One, N.A. | 2,058.64 | 0.00 | 2,058.64 |
| 5 | Capital One, N.A. | 76.09 | 0.00 | 76.09 |
| 6 | Portfolio Recovery Associates, LLC | 2,086.12 | 0.00 | 2,086.12 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,904.22 |
| Remaining balance: | $ | 11,372.14 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 45.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Essentia Health | 45.00 | 0.00 | 45.00 |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 45.00 |
| Remaining balance: | $ | 11,327.14 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 11,327.14 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.6% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $143.97. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $11,183.17.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Nauni Jo Manty

Trustee

Nauni Jo Manty
401 Second Avenue North
Suite 400
Minneapolis, MN  55401
(612) 465-0990

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  GERALD L MOEN<br>LYNN M, MOEN | CASE NO: 13-50747<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 1/3/2019, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/3/2019

/s/ Nauni J. Manty
Nauni J. Manty  230352
Manty & Associates, P.A.
401 Second Avenue North, Ste 400
Minneapolis, MN  55401
612 465 0954

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GERALD L MOEN<br>LYNN M, MOEN | CASE NO: 13-50747<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 1/3/2019, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/3/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
401 Second Avenue North, Ste 400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>08645<br>CASE 13-50747<br>DISTRICT OF MINNESOTA<br>DULUTH<br>WED JAN 2 15-41-08 CST 2019 | EXCLUDE<br><br>DULUTH<br>404 US COURTHOUSE<br>515 WEST FIRST STREET<br>DULUTH MN 55802-1302 | 21ST MORTGAGE<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CAPITAL ONE NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | ESSENTIA HEALTH<br>502 EAST SECOND STREET<br>DULUTH MN 55805-1913 | ESSENTIA HEALTH<br>PO BOX 64618<br>MINNEAPOLIS MN 55164-0618 |
| FIFTH THIRD BANK<br>MD ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | HERMANTOWN FEDERAL CREDIT UNION<br>4477 LAVAQUE RD<br>HERMANTOWN MN 55811-1318 | KOHLS<br>PO BOX 2983<br>MILWAUKEE WI 53201-2983 |
| MAYO CLINIC<br>PO BOX 790127<br>ST LOUIS MO 63179-0127 | MN DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>PO BOX 6447<br>ST PAUL MN 55106 | PAYPAL BUYER CREDIT<br>PO BOX 981064<br>EL PASO TX 79998-1064 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | US BANK HOME MORTGAGE<br>PO BOX 20005<br>OWENSBORO KY 42304-0005 | EXCLUDE<br><br>US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 |
| WELLS FARGO AUTO FINANCE<br>PO BOX 29746<br>PHOENIX AZ 85038-9746 | WELLS FARGO FINANCIAL CARDS<br>PO BOX 14487<br>DES MOINES IA 50306-3487 | WELLS FARGO BANK NA<br>PO BOX 10438<br>DES MOINES IA 50306-0438 |
| DEBTOR<br><br>GERALD L MOEN<br>6630 GRAND AVENUE<br>DULUTH MN 55807-2235 | LYNN M MOEN<br>6630 GRAND AVENUE<br>DULUTH MN 55807-2235 | EXCLUDE<br><br>NAUNI JO MANTY<br>MANTY ASSOCIATES PA<br>401 SECOND AVENUE NORTH<br>SUITE 400<br>MINNEAPOLIS MN 55401-2097 |
| EXCLUDE<br><br>YVONNE M NOVAK<br>YMN LAW<br>202 W SUPERIOR STREET<br>SUITE 303<br>DULUTH MN 55802-1971 | | |