**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: Moen, Gerald L<br>Moen, Lynn M<br><br>Debtor(s) | § Case No. 13-50747-RJK<br>§<br>§<br>§ |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Nauni Jo Manty, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $138,173.00                     Assets Exempt: $46,276.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,093.19       Claims Discharged
                                                  Without Payment: $23,920.00

Total Expenses of Administration: $2,810.61

---

3) Total gross receipts of $ 60,087.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 46,184.17 (see **Exhibit 2**), yielded net receipts of $13,903.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $179,910.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,810.61 | 2,810.61 | 2,810.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,100.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,642.00 | 11,093.19 | 11,093.19 | 11,093.19 |
| **TOTAL DISBURSEMENTS** | $213,652.00 | $13,903.80 | $13,903.80 | $13,903.80 |

4) This case was originally filed under Chapter 7 on September 15, 2016. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/22/2019          By: /s/Nauni Jo Manty
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury case against Pharmaceutical comp | 1242-000 | 60,087.97 |
| **TOTAL GROSS RECEIPTS** | | **$60,087.97** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gerald L Moen | Debtor's exemptions claims for personal injury recovery, Ntc Sttlmt No. 16 | 8100-002 | 35,001.00 |
| Moen, Gerald L | Dividend paid 100.00% on $11,183.17; Claim# SURPLUS; Filed: $11,183.17; Reference: | 8200-002 | 11,183.17 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$46,184.17** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 21st Mortgage | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 19,610.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Auto Finance | 4110-000 | 5,300.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Home Mortgage | 4110-000 | 105,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$179,910.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Nauni Jo Manty | 2100-000 | N/A | 2,140.38 | 2,140.38 | 2,140.38 |
| Trustee Expenses - Nauni Jo Manty | 2200-000 | N/A | 77.43 | 77.43 | 77.43 |
| Clerk of the Court Costs (includes adversary and other filing fees) - U.S. | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.15 | 28.15 | 28.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.86 | 48.86 | 48.86 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 9.37 | 9.37 | 9.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.86 | 42.86 | 42.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.22 | 47.22 | 47.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.53 | 76.53 | 76.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.90 | 45.90 | 45.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.91 | 33.91 | 33.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,810.61 | $2,810.61 | $2,810.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | MN Department Of Revenue Bankruptcy Department | 5200-000 | 1,100.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,100.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Essentia Health | 7100-000 | 45.00 | 886.41 | 886.41 | 886.41 |
| 1I | Essentia Health | 7990-000 | N/A | 11.66 | 11.66 | 11.66 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 3,085.00 | 3,136.49 | 3,136.49 | 3,136.49 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 41.24 | 41.24 | 41.24 |
| 3 | Wells Fargo Bank, N.A. | 7100-000 | 2,598.00 | 2,660.47 | 2,660.47 | 2,660.47 |
| 3I | Wells Fargo Bank, N.A. | 7990-000 | N/A | 34.98 | 34.98 | 34.98 |
| 4 | Capital One, N.A. | 7100-000 | 1,956.00 | 2,058.64 | 2,058.64 | 2,058.64 |
| 4I | Capital One, N.A. | 7990-000 | N/A | 27.07 | 27.07 | 27.07 |
| 5 | Capital One, N.A. | 7100-000 | 51.00 | 76.09 | 76.09 | 76.09 |
| 5I | U.S. Bankruptcy Court - Capital One, N.A. | 7990-001 | N/A | 1.00 | 1.00 | 1.00 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 2,087.00 | 2,086.12 | 2,086.12 | 2,086.12 |
| 6I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 27.43 | 27.43 | 27.43 |
| 7 | Essentia Health | 7200-000 | N/A | 45.00 | 45.00 | 45.00 |
| 7I | U.S. Bankruptcy Court - Essentia Health | 7990-001 | N/A | 0.59 | 0.59 | 0.59 |
| NOTFILED | MN Department Of Revenue Bankruptcy Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Essentia Health | 7100-000 | 1,140.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 8,284.00 | N/A | N/A | 0.00 |
| NOTFILED | Hermantown Federal Credit Union | 7100-000 | 981.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Cardmember Service | 7100-000 | 9,338.00 | N/A | N/A | 0.00 |
| NOTFILED | Paypal Buyer Credit | 7100-000 | 71.00 | N/A | N/A | 0.00 |
| NOTFILED | Mayo Clinic | 7100-000 | 3,006.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$32,642.00** | **$11,093.19** | **$11,093.19** | **$11,093.19** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-50747-RJK  
**Case Name:** Moen, Gerald L  
Moen, Lynn M  
**Period Ending:** 05/22/19

**Trustee:** (430120) Nauni Jo Manty  
**Filed (f) or Converted (c):** 09/15/16 (f)  
**§341(a) Meeting Date:** 09/25/13  
**Claims Bar Date:** 04/24/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Homestead, Lot 6, Block 3, PROCTOR CENTRAL DIVIS | 105,800.00 | 0.00 | | 0.00 | FA |
| 2 | Deposits of money: Checking and Savings- Republi | 1,300.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods and Furnishings: TV, VCR, DVD, | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Womans band with 1/2 c and small stones, a band | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Ret. or Pension Acct.: 401k | 1,773.00 | 0.00 | | 0.00 | FA |
| 7 | Personal Injury case against Pharmaceutical comp  (u)  Ntc Sttlmt No. 16 | 56,000.00 | 60,087.97 | | 60,087.97 | FA |
| 8 | Estimated portion of 2013 Federal, State, and Pr | 100.00 | 0.00 | | 0.00 | FA |
| 9 | 2001 Chevy S10 93k miles. Entire property value: | 8,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2011 Chevy Impala 47k miles. | 15,800.00 | 0.00 | | 0.00 | FA |
| 10 | Assets  Totals (Excluding unknown values) | **$194,173.00** | **$60,087.97** | | **$60,087.97** | **$0.00** |

**Major Activities Affecting Case Closing:**

02/04/19: Cut distribution checks.  
01/02/19: NFR efiled

**Initial Projected Date Of Final Report (TFR):** June 30, 2018  
**Current Projected Date Of Final Report (TFR):** November 15, 2018  (Actual)

Printed: 05/22/2019 04:38 PM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-50747-RJK  
**Case Name:** Moen, Gerald L  
Moen, Lynn M  
**Taxpayer ID #:** **-***8212  
**Period Ending:** 05/22/19

**Trustee:** Nauni Jo Manty (430120)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3766 - Checking Account  
**Blanket Bond:** $26,510,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/18 | {7} | Actos Settlement Fund | Payment pursuant to Notice of Settlement, Doc. 16.  PARTIAL PAYMENT | 1242-000 | 30,910.36 | | 30,910.36 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.15 | 30,882.21 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.86 | 30,833.35 |
| 06/05/18 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2018 FOR CASE #13-50747, Bond #: 016018054 | 2300-000 | | 9.37 | 30,823.98 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.86 | 30,781.12 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.22 | 30,733.90 |
| 08/07/18 | {7} | Actos Settlement Fund | Deposit of hold back funds pursuant to GRG Settlement | 1242-000 | 1,621.02 | | 32,354.92 |
| 08/08/18 | {7} | Ferrer Poirot & Wansbrough | Payment pursuant to GRG - Actos Settlement Qualified Settlement Funds | 1242-000 | 27,556.59 | | 59,911.51 |
| 08/22/18 | 102 | Gerald L Moen | Debtor's exemptions claims for personal injury recovery, Ntc Sttlmt No. 16 | 8100-002 | | 35,001.00 | 24,910.51 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.53 | 24,833.98 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.90 | 24,788.08 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.91 | 24,754.17 |
| 02/04/19 | 103 | Nauni Jo Manty | Dividend paid 100.00% on $2,140.38, Trustee Compensation;  Reference: | 2100-000 | | 2,140.38 | 22,613.79 |
| 02/04/19 | 104 | Nauni Jo Manty | Dividend paid 100.00% on $77.43, Trustee Expenses;  Reference: | 2200-000 | | 77.43 | 22,536.36 |
| 02/04/19 | 105 | U.S. Bankruptcy Court - Minneapolis | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 22,276.36 |
| 02/04/19 | 106 | Essentia Health | Dividend paid 100.00% on $886.41; Claim# 1; Filed: $886.41; Reference: | 7100-000 | | 886.41 | 21,389.95 |
| 02/04/19 | 107 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $3,136.49; Claim# 2; Filed: $3,136.49; Reference: | 7100-000 | | 3,136.49 | 18,253.46 |
| 02/04/19 | 108 | Wells Fargo Bank, N.A. | Dividend paid 100.00% on $2,660.47; Claim# 3; Filed: $2,660.47; Reference: | 7100-000 | | 2,660.47 | 15,592.99 |
| 02/04/19 | 109 | Capital One, N.A. | Dividend paid 100.00% on $2,058.64; Claim# 4; Filed: $2,058.64; Reference: | 7100-000 | | 2,058.64 | 13,534.35 |
| 02/04/19 | 110 | Capital One, N.A. | Dividend paid 100.00% on $76.09; Claim# 5; Filed: $76.09; Reference: | 7100-000 | | 76.09 | 13,458.26 |
| 02/04/19 | 111 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $2,086.12; Claim# 6; Filed: $2,086.12; Reference: | 7100-000 | | 2,086.12 | 11,372.14 |
| 02/04/19 | 112 | Essentia Health | Dividend paid 100.00% on $45.00; Claim# 7; | 7200-000 | | 45.00 | 11,327.14 |

Subtotals :   $60,087.97   $48,760.83

{} Asset reference(s)

Printed: 05/22/2019 04:38 PM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-50747-RJK
**Case Name:** Moen, Gerald L
Moen, Lynn M
**Taxpayer ID #:** **-***8212
**Period Ending:** 05/22/19

**Trustee:** Nauni Jo Manty (430120)
**Bank Name:** Rabobank, N.A.
**Account:** ******3766 - Checking Account
**Blanket Bond:** $26,510,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $45.00; Reference: | | | | |
| 02/04/19 | 113 | Essentia Health | Dividend paid 100.00% on $11.66; Claim# 1I; Filed: $11.66; Reference: | 7990-000 | | 11.66 | 11,315.48 |
| 02/04/19 | 114 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $41.24; Claim# 2I; Filed: $41.24; Reference: | 7990-000 | | 41.24 | 11,274.24 |
| 02/04/19 | 115 | Wells Fargo Bank, N.A. | Dividend paid 100.00% on $34.98; Claim# 3I; Filed: $34.98; Reference: | 7990-000 | | 34.98 | 11,239.26 |
| 02/04/19 | 116 | Capital One, N.A. | Dividend paid 100.00% on $27.07; Claim# 4I; Filed: $27.07; Reference: | 7990-000 | | 27.07 | 11,212.19 |
| 02/04/19 | 117 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $27.43; Claim# 6I; Filed: $27.43; Reference: | 7990-000 | | 27.43 | 11,184.76 |
| 02/04/19 | 118 | Moen, Gerald L | Dividend paid 100.00% on $11,183.17; Claim# SURPLUS; Filed: $11,183.17; Reference: | 8200-002 | | 11,183.17 | 1.59 |
| 02/04/19 | 119 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 1.59 | 0.00 |
| | | | Dividend paid 100.00% on $1.00; Claim# 5I; Filed: $1.00 | 7990-001 | 1.00 | | 0.00 |
| | | | Dividend paid 100.00% on $0.59; Claim# 7I; Filed: $0.59 | 7990-001 | 0.59 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 60,087.97 | 60,087.97 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 60,087.97 | 60,087.97 | |
| Less: Payments to Debtors | | 46,184.17 | |
| **NET Receipts / Disbursements** | **$60,087.97** | **$13,903.80** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3766 | 60,087.97 | 13,903.80 | 0.00 |
| | $60,087.97 | $13,903.80 | $0.00 |

{} Asset reference(s)

Printed: 05/22/2019 04:38 PM  V.14.50